AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:25-mj-786(RAR) | Date and time warrant executed: 8/26/2025 | Copy of warrant and inventory left with: USPIS |

Inventory made in the presence of:
PI Barbara McCarragher, TFO Angelo Mancini

Inventory of the property taken and name(s) of any person(s) seized:

Two 16oz bottles of "Arterial Fluid with Entrone and AD-P" (a toxic, combustible liquid for embalming containing formaldehyde and methanol)

Two 10 oz bottles labeled "pure cornstarch", paper towels, multiple USPS envelopes, and medium flat rate box tracking # 9505 5118 0513 5231 0069 94

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/26/2025

_Michelle Plant_
Executing officer's signature

Michelle Plant, Postal Inspector
Printed name and title